# EXHIBIT "A"

STATE OF FLORIDA
DIVISION OF ADMINISTRATIVE HEARINGS
OFFICE OF THE JUDGES OF COMPENSATION CLAIMS

# PETITION FOR WORKERS' COMPENSATION BENEFITS

Employee/Claimant petitions the Office of the Judges of Compensation Claims for an order requiring Employer/Carrier to provide benefits due under Chapter 440, Florida Statutes as claimed below.

| | | | |
|---|---|---|---|
| **EMPLOYEE:** | Danny Ortiz Morales<br>4243 Pine Hollow Circle<br>Green Acres, FL 33463<br>239-433-6670 | **OJCC CASE NO.** (required if previously issued): | **23-020548JAW** |
| **EMPLOYER:** | Southeast Personnel Leasing/Shave Steel, LLC<br>2739 U.S. Highway 19 North<br>Holiday , FL 34691<br>727-938-5562 | **CARRIER:** | Packard Claims Administration<br>PO Box 1549<br>Tarpon Springs, FL 34688<br>-- |
| **CLAIMANT'S NAME** (if different from the employee): | | | |
| **EMPLOYEE/CLAIMANT'S ATTORNEY** (if any): | Christopher Mossallati<br>0120274<br>2150 Goodlette-Frank Rd, Suite 750<br>Naples, FL 34102<br>2394326673 | | |
| **DATE OF ACCIDENT** (disablement date if occupational disease): 5/16/2023 | | **ACCIDENT COUNTY:** Collier<br>**ACCIDENT STATE:** FL | |
| **DETAILED DESCRIPTION OF JOB RESPONSIBILITIES:**<br>Laborer | | **SPECIFIC WORK BEING PERFORMED WHEN INJURY OCCURRED:**<br>Laborer | |
| **DETAILED DESCRIPTION OF THE ACCIDENT:** IW had his hand on a loaded forklift to help guide it when the forklift operator bumped into an electrical line, electrocuting IW and causing catastrophic burns and loss of limb.<br><br>**PART(S) OF BODY INJURED:** right arm amputated, left pinky toe amputated, bilateral foot/ankle, bilateral legs, and burns across body.<br><br>**CHARACTER OF DISABILITY:** The injury/injuries occasioned by the events described above has/have adversely affected the injured employee's capacity to earn in the same or any other employment the wages that the employee was receiving at the time of the injury. | | **IS THIS PETITION FOR MEDICAL BENEFITS ONLY:** Yes<br><br>**AWW 13 WEEKS PRECEDING ACCIDENT:**<br><br>**CURRENT AWW:**<br><br>**CURRENTLY WITH SAME EMPLOYER:** N<br><br>**CURRENT WORK LEVEL:** Not Working/No Wages<br><br>**HAS MMI BEEN REACHED:** N   **IF SO, DATE OF MMI:** | |

Jurisdiction: The Judge of Compensation Claims has jurisdiction over the parties and the subject matter of this petition.

Managed care grievance procedures, if required, were exhausted under F.S. **§**440.192(3). The Grievance was dated:

OJCC Form PFB (Revised 9-1-2006)

**Filed August 16, 2023 10:24 AM ET Office of the Judges of Compensation Claims.**

**MONETARY (INDEMNITY) BENEFITS CLAIMED, FLORIDA STATUTES §440.15**

**MEDICAL AND REHABILITATIVE BENEFITS, FLORIDA STATUTES §440.13**

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Attendant Care

**Details:** Authorization, payment, scheduling and provision for IW to receive home health aide as recommended and prescribed by authorized provider. (See Attached Records). The treatment is needed because the employee is in chronic pain and not making satisfactory progress towards recovery.

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Other

**Details:** The injured employee seeks continued treatment, authorization, payment, and scheduling of a follow up appointment with Dr. VanVliet, or alternative plastic surgeon if Dr. VanVliet is refusing to provide treatment. The treatment is needed because the employee is in chronic pain and not making satisfactory progress towards recovery.

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Pain Management

**Details:** Authorization, scheduling, and payment for the Claimant to be evaluated and treated with pain management, as recommended by authorized provider, Dr. VanVliet. The treatment is needed because the employee is in chronic pain and not making satisfactory progress towards recovery. (See Attached)

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Physical Therapy

**Details:** Authorization, payment, scheduling and provision for IW to receive physical therapy as recommended and prescribed by authorized provider. (See Attached Records). The treatment is needed because the employee is in chronic pain and not making satisfactory progress towards recovery.

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Other

**Details:** Authorization, payment, scheduling and provision for IW to receive occupational therapy as recommended and prescribed by authorized provider. (See Attached Records). The treatment is needed because the employee is in chronic pain and not making satisfactory progress towards recovery.

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Other

**Details:** Authorization, payment, scheduling and provision for IW to receive Silver Nitrate to clean his wound as recommended and prescribed by authorized provider. (See Attached Records). The treatment is needed because the employee is in chronic pain and not making satisfactory progress towards recovery.

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Other

**Details:** Authorization, scheduling, and payment for the Claimant to be evaluated and treated with Hanger Clinic or other prosthetist for custom prosthetic, as recommended by authorized provider. The treatment is needed because the employee is in chronic pain and not making satisfactory progress towards recovery. (See Attached)

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Other

**Details:** Authorization, payment, scheduling and provision for IW to receive protein supplement as recommended and prescribed by authorized provider. (See Attached Records). The treatment is needed because the employee is in chronic pain and not making satisfactory progress towards recovery.

**PENALTIES, INTEREST, COSTS, ATTORNEY'S FEES, OR OTHER CLAIMS**

**CLASS OF BENEFIT:** Attorney Fees and/or Costs

**Details:** Authorization and payment of Claimant's attorney's fees and costs for securing the requested benefits under the Florida Workers' Compensation Law, Chapter 440 and applicable case law.

### CERTIFICATE OF GOOD FAITH EFFORT TO RESOLVE DISPUTE, ACKNOWLEDGEMENT OF FRAUD STATEMENT, AND CERTIFICATE OF SERVICE

The claimant or, if the claimant is represented by counsel, the claimant's attorney, certifies that he or she has made a good faith effort to resolve the dispute and that the claimant or attorney was unable to resolve the dispute with the employer/carrier/servicing agent.

The claimant has read and understands the following: "Any person who, knowingly and with intent to injure, defraud, or deceive any employee, insurance company, or self-insured program, files a statement of claim containing any false or misleading information commits insurance fraud, punishable as provided in § 817.234." By signing below, the claimant attests that he or she has received, understands, and acknowledges the foregoing notice. In accordance with Florida Statutes § 440.192(1), a copy of this petition for benefits has been served by certified mail or by electronic means approved by the Deputy Chief Judge on the injured worker's employer and the employer's carrier on_____. A copy of this petition has also been served on the attorney for the employer/Carrier if known.

WHEREFORE, claimant requests an order directing the employer to provide the benefits as requested.

_Danny Ortiz Morales_  
Signature of Claimant    Date

_____ 8/16/23  
Signature of Counsel for Claimant    Date

M&M #39