# EXHIBIT "B"

Filing # 183824038 E-Filed 10/12/2023 11:23:50 AM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

DANNY ORTIZ MORALES,

    Plaintiff,

v.

SOUTHWEST WASTE SERVICES, LLC, a Florida limited liability company for profit; 5801 YAHL ST, LLC, a Florida limited liability company for profit; BCRS-GP, LLC d/b/a GOPRO DISPOSAL AND RECYCLING, a Florida limited liability company for profit; RICHDALE RECYCLING, LLC, a Florida limited liability company for profit, and RONALD M. SHAVE, an individual

    Defendant,

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, DANNY ORTIZ MORALES, by and through his undersigned attorneys, and sues the Defendants, SOUTHWEST WASTE SERVICES, LLC, a Florida limited liability company for profit; 5801 YAHL ST, LLC, a Florida limited liability company for profit; BCRS-GP, LLC d/b/a GOPRO DISPOSAL AND RECYCLING, a Florida limited liability company for profit; RICHDALE RECYCLING, LLC, a Florida limited liability company for profit, and RONALD M. SHAVE, an individual, and alleges:

1. This is an action for damages in excess of $50,000.00, exclusive of interest and costs.

2. The Plaintiff, DANNY ORTIZ MORALES, is a resident of Palm Beach County, Florida and sui juris.

3. The Defendant, SOUTHWEST WASTE SERVICES, LLC (hereafter "SOUTHWEST") is a Florida limited liability company for profit with its principle place of business in Lee County, Florida.

4. The Defendant, 5801 YAHL ST, LLC (hereafter "5801") is a Florida limited liability company for profit with its principal place of business in Lee County, Florida.

5. The Defendant, BCRS-GP, LLC d/b/a GOPRO DISPOSAL AND RECYCLING (hereafter "GOPRO"), is a Florida limited liability company for profit with its principal place of business in Collier County, Florida.

6. The Defendant, RICHDALE RECYCLING, LLC (hereafter "RICHDALE") is a Florida limited liability company for profit with its principal place of business in Collier County, Florida.

7. The Defendant, RONALD M. SHAVE (hereafter, "SHAVE"), is an individual who resides in Loxahatchee, Palm Beach County, Florida.

### COUNT I- CLAIMS AGAINST SOUTHWEST, GOPRO, RICHDALE and 5801

8. At all times material hereto, the Defendants, SOUTHWEST, GOPRO, and RICHDALE, were the lessees in possession and control of the property located at 5801 Yahl Street, in Naples, Collier County, Florida (the "Property").

9. As the lessees in possession and control of the property, these Defendants, SOUTHWEST, GOPRO, and RICHDALE, had a duty to maintain and operate the property in a reasonably safe manner.

10. At all times material hereto, 5801 was the owner of the property located at 5801 Yahl Street, in Naples, Collier County, Florida (the "Property").

11. As the owner of the property, 5801 had a nondelegable duty to maintain and operate the property in a reasonably safe manner.

12. In early 2023, the Defendants engaged in construction on the property without obtaining the necessary building permits, advising the local building department, or advising Florida, Power, & Light of the construction.

13. In early 2023, the Defendants, either individually or collectively, hired an unlicensed contractor, Shave Steel, LLC, to perform construction work on the Property.

14. On May 16, 2023, the Defendants negligently failed to ensure that the powerlines that crossed the property were turned off.

15. On or about May 16, 2023, Plaintiff was on the Property as a business invitee to perform construction work on the property.

16. Due to the negligent failure of the Defendants to make certain that the power was turned off in the high voltage lines crossing their property, under which work was being performed, equipment and/or materials being used on the property came into contact with energized power lines.

17. As a direct and proximate result of the Defendant's negligence, Plaintiff suffered an electrical shock which resulted in the amputation of his arm and other serious injuries.

18. As a result of the Defendant's negligence, the Plaintiff suffered serious bodily injury, including the amputation of his arm, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, and expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, DANNY ORTIZ MORALES, demands judgment for damages against the Defendants, SOUTHWEST WASTE SERVICES, LLC; 5801 YAHL ST, LLC; BCRS-GP, LLC d/b/a GOPRO DISPOSAL AND RECYCLING; and RICHDALE RECYCLING, LLC, including costs, and interest, and furthermore, the Plaintiff demands trial by jury of all issues so triable as of right.

## COUNT II- CLAIMS AGAINST RONALD M. SHAVE

19. On or about May 16, 2023 SHAVE operated a forklift on the property located at 5801 Yahl Street, Naples, Collier County Florida. While operating the forklift, SHAVE made contact with energized high voltage power lines and caused an electrical shock to the Plaintiff.

20. The circumstances at issue constitute an imminent or clear and present danger amounting to more than normal or usual peril.

21. The Defendant knew or should have known or was aware of the imminent danger.

22. The Defendant's actions or omissions evinced a conscious disregard of the consequences.

23. The Defendant was grossly negligent in that the Defendant undertook a course of conduct which a reasonable and prudent man would know would probably and most likely result in injury to the Plaintiff.

24. As a direct and proximate result of the Defendant's negligence, Plaintiff suffered an electrical shock which resulted in the amputation of his arm and other serious injuries.

25. As a result of the Defendant's negligence, the Plaintiff suffered serious bodily injury, including the amputation of his arm, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, and expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, DANNY ORTIZ MORALES, demands judgment for damages against the Defendant, RONALD M. SHAVE, including costs, and interest, and furthermore, the Plaintiff demands trial by jury of all issues so triable as of right.

Dated this 12th day of October, 2023.

                                  ROBERTS & BASNUEVO, P.A.
*Co-Counsel for Plaintiff*
113 Almeria Avenue
Coral Gables, Florida 33134
Telephone: 305-442-1700
Facsimile:  305-442-2559
E-mail: roberts@robertspa.com

By:   s/: H. Clay Roberts
      H. CLAY ROBERTS
      Fla. Bar No.: 262307
         - and -

Martha D. Fornaris, Esq.
Florida Bar No: 405116
Fornaris Law Firm, P.A.
*Co-Counsel for Plaintiff*
65 Almeria Avenue
Coral Gables, Florida 33134
Telephone: 305-442-4899
Fax: 305-442-8181
E-mail: mfornaris@fornaris.com

By:   s/: Martha D. Fornaris
      MARTHA D. FORNARIS, ESQ.
      Florida Bar No. 405116